UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

DISABILITY SUPPORT ALLIANCE and
ZACH HILLESHEIM,                                          Case No. 15-CV-3757 (PJS/JSM)

      Plaintiff,

v.                                                        ORDER OF DISMISSAL

FOUR FLAVORS, LLC and
WILDWOOD PROPERTIES, LLC,

      Defendants.

---

Based upon the Stipulation for Dismissal filed by the parties on March 23, 2016 [ECF No. 15],

IT IS ORDERED that this action is dismissed without prejudice and without costs or disbursements to any party.


Dated: March 24, 2016                                s/Patrick J. Schiltz
                                                            Patrick J. Schiltz
                                                            United States District Judge